**FIRST DIVISION**
**BARNES, P. J.,**
**MERCIER and BROWN, JJ.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**August 20, 2021**

# In the Court of Appeals of Georgia

A19A0689. QUYNN v. HULSEY et al.

MERCIER, Judge.

In *Quynn v. Hulsey*, 310 Ga. 473 (850 SE2d 725) (2020), the Supreme Court of Georgia reversed Division 3 of our unpublished opinion in *Quynn v. Hulsey*, 350 Ga. App. XXVI (Case No. A19A0689) (June 21, 2019). Accordingly, we vacate Division 3 of our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the trial court's grant of partial summary judgment to TriEst on the claims of negligent entrustment, hiring, retention and supervision. Divisions 1 and 2 of our opinion were not affected by the Supreme Court's decision and thus remain in effect. See *Shadix v. Carroll County*, 274 Ga. 560, 563-564 (1) (554 SE2d 465) (2001).

*Judgment affirmed in part and reversed in part. Barnes, P. J., and Brown, J., concur.*